**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jason Troy Standley** |
| | First Name          Middle Name                    Last Name |
| Debtor 2 | **Shannon Davina Standley** |
| (Spouse if, filing) | First Name          Middle Name                    Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF TEXAS |
| Case number | **22-40689** |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information       12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

|  |  | **Your assets** Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B........................................................ | $    1,254,849.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B........................................... | $    2,642,870.98 |
| | 1c. Copy line 63, Total of all property on Schedule A/B.................................................... | $    3,897,719.98 |

### Part 2:    Summarize Your Liabilities

|  |  | **Your liabilities** Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $    1,098,433.75 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................. | $    0.00 |
| | 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $    10,877,048.85 |
| | **Your total liabilities** | $    11,975,482.60 |

### Part 3:    Summarize Your Income and Expenses

| | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*............................................................... | $    0.00 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*........................................................ | $    14,241.84 |

### Part 4:    Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to

Debtor 1    **Jason Troy Standley**
Debtor 2    **Shannon Davina Standley**                    Case number *(if known)* **22-40689**

■ the court with your other schedules.

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
    122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                                    $

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ |
| 9d. Student loans. (Copy line 6f.) | $ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ |
| 9g. **Total.** Add lines 9a through 9f. | $ |

| Fill in this information to identify your case and this filing: | |
|---|---|
| Debtor 1 | **Jason Troy Standley** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | **Shannon Davina Standley** |
| (Spouse, if filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF TEXAS |
| Case number | **22-40689** |

☐ Check if this is an amended filing

# Official Form 106A/B
# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes.  Where is the property?

| | | |
|---|---|---|
| 1.1 | | |

**11600 Ranch Road**
Street address, if available, or other description

**Copper Canyon**    **TX**    **76226-0000**
City      State      ZIP Code

**Denton**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Residence acquired 01/30/2019**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$1,254,849.00** | **$1,254,849.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

■ Check if this is community property (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.......................................................=>**

| **$1,254,849.00** |
|---|

**Part 2:**    Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Debtor 1   **Jason Troy Standley**
Debtor 2   **Shannon Davina Standley**

Case number *(if known)*  **22-40689**

## 3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
■ Yes

| | | | | |
|---|---|---|---|---|
| 3.1 | Make: | **John Deere** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: | **3032E Tractor** | ☐ Debtor 1 only | |
| | Year: | **2013** | ☐ Debtor 2 only | |
| | Approximate mileage: | **12000** | ■ Debtor 1 and Debtor 2 only | |

| | Current value of the entire property? | Current value of the portion you own? |
|---|---|---|
| Other information: | | |
| **Tractor is in very rough condition with failing mechanical parts.** ☐ At least one of the debtors and another ■ Check if this is community property (see instructions) | **$2,500.00** | **$2,500.00** |

## 4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

| | |
|---|---|
| 5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..........................................................................=> | **$2,500.00** |

**Part 3:**   Describe Your Personal and Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

## 6. Household goods and furnishings
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
■ Yes. Describe.....

| | |
|---|---|
| **Bedroom Items - $5,000; Living Room Items - $1,000; Laundry Room Items - $1,000; Bathroom Items - $200; Kitchen Items - $500; Office Room Items - $500** | **$8,200.00** |

## 7. Electronics
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
■ Yes. Describe.....

| | |
|---|---|
| **5 TV's-$2,000: 1-2015, 1-2017, 3-2019; Radios-$50; Computer-$100; Printer-$50; Camera-$100; Video Game-$500; Audio-$100** | **$2,900.00** |

## 8. Collectibles of value
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☐ No
■ Yes. Describe.....

| | |
|---|---|
| **Figurines-$500; Paintings, Prints-$1,200; Books-$100; Pictures-$100; Old Toys-$500** | **$2,400.00** |

Debtor 1    **Jason Troy Standley**

Debtor 2    **Shannon Davina Standley**

Case number *(if known)*  **22-40689**

---

9. **Equipment for sports and hobbies**

    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

    ☐ No

    ☑ Yes. Describe.....

| | |
|---|---|
| Pool Table-$2,800; Air Hockey Table-$500; Golf Clubs (old leftovers)-$200; Sports Balls-$25; Pool Floats-$25; Tools-$700 | $4,300.00 |

---

10. **Firearms**

    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☐ No

    ☑ Yes. Describe.....

| | |
|---|---|
| Firearms-$500 Grandfather's old guns from almost 100 years ago: Remington Speedmaster .22 Rifle, Remington .222 Model 722 Rifle, Remington .222 Mohawk 600 Rifle, Dan Wesson .357 Magnum Pistol. These guns haven't been shot in over 40 years. | $500.00 |

---

11. **Clothes**

    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No

    ☑ Yes. Describe.....

| | |
|---|---|
| Clothes-$1,000; Shoes-$1,000; Accessories-$500 | $2,500.00 |

---

12. **Jewelry**

    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No

    ☑ Yes. Describe.....

| | |
|---|---|
| Jewelry-$300 | $300.00 |

---

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses

    ☐ No

    ☑ Yes. Describe.....

| | |
|---|---|
| Dog-$500; Cat-$25; 2 Horses-$10,000 2 standard 14 year old quarter horses with standard equipment (saddles, blankets, reins, etc.) | $10,525.00 |

---

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No

    ☐ Yes. Give specific information.....

---

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ...........................................................................

| |
|---|
| $31,625.00 |

---

**Part 4:**  Describe Your Financial Assets

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

| Debtor 1 | **Jason Troy Standley** | |
|---|---|---|
| Debtor 2 | **Shannon Davina Standley** | |
| | | Case number *(if known)* **22-40689** |

## 16. Cash

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

■ Yes.............................................................................................................

|  | **Cash-$17.00** | **$17.00** |
|---|---|---|

## 17. Deposits of money

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

■ Yes........................

Institution name:

| 17.1. | **Checking** | **Capital One Household Account Number ending in 3159** | **$8.64** |
|---|---|---|---|
| 17.2. | **Checking** | **Capital One Insurance Proceeds, Account Number ending in 2983** | **$78.55** |
| 17.3. | **Checking** | **Capital One SAS Account Number ending in 6475** | **$1.62** |
| 17.4. | **Checking Account** | **Chase Bank Account No. ending in 6603 in the name of Wendy Arnold or Shannon D. Standley.**<br>**Shannon Standley's mother's account.**<br>**Shannon Standley signatory for the benefit of her mother Wendy Arnold.** | **$3,850.02** |

## 18. Bonds, mutual funds, or publicly traded stocks

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

■ No

☐ Yes..................        Institution or issuer name:

## 19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture

☐ No

■ Yes.  Give specific information about them..................

| Name of entity: | % of ownership: | |
|---|---|---|
| **SAS Property Management, LLC** | **100** % | **$0.00** |
| **JSS Reinsurance Warranty Company** | **100** % | **Unknown** |

## 20. Government and corporate bonds and other negotiable and non-negotiable instruments

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☐ No

■ Yes. Give specific information about them

Issuer name:

| **Promissory Note in the original principal amount of $1,000,000.00 issued by PM Standley Corporation dated November 20, 2020, together with interest thereon at 5% per year to filing date** | **$1,047,671.23** |
|---|---|

Debtor 1  **Jason Troy Standley**
Debtor 2  **Shannon Davina Standley**                                  Case number *(if known)* **22-40689**

| | |
|---|---|
| **Promissory Note in the original principal amount of $150,000.00 issued by PM Standley Corporation dated June 20, 2020, together with interest at the rate of 5% per year to filing date** | $163,376.71 |
| **Promissory Note in the original principal amount of $469,900.00 issued by PM Standley Corporation dated November 20, 2020 together with interest at 5% per year to filing date** | $492,300.71 |
| **Promissory Note in the original principal amount of $10,000.00 issued by PM Standley Corporation dated June 20, 2020 together with interest at 5% per year to filing date** | $10,891.78 |
| **Promissory Note in the original principal amount of $45,000.00 issued by PM Standley Corporation dated June 20, 2020 together with interest at 5% per year to filing date** | $49,013.01 |

21.  **Retirement or pension accounts**
 *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
 ■ No
 ☐ Yes. List each account separately.
   Type of account:        Institution name:

22.  **Security deposits and prepayments**
 Your share of all unused deposits you have made so that you may continue service or use from a company
 *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
 ■ No
 ☐ Yes. .....................        Institution name or individual:

23.  **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
 ■ No
 ☐ Yes.............      Issuer name and description.

24.  **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
 26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
 ■ No
 ☐ Yes.............      Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25.  **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
 ☐ No
 ■ Yes.  Give specific information about them...

| | |
|---|---|
| **Jason Standley Trust**<br>**Paul Noonan-Trustee**<br>**Paul Pogue-Trustee** | **Unknown** |

26.  **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
 *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
 ■ No
 ☐ Yes.  Give specific information about them...

27.  **Licenses, franchises, and other general intangibles**
 *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
 ☐ No
 ■ Yes.  Give specific information about them...

Debtor 1    **Jason Troy Standley**
Debtor 2    **Shannon Davina Standley**

Case number *(if known)*    **22-40689**

| | |
|---|---|
| **Jason Standley Texas Drivers License ending in 9676, Tx Notary ID#-130409244;** | **$0.00** |

| | |
|---|---|
| **Shannon Standley Texas Drivers License ending in 6666** | **$0.00** |

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
☐ No
☒ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| | | |
|---|---|---|
| **2021 Tax Return Refund $7,750.00** | **Federal** | **$7,750.00** |

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
☒ No
☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
☒ No
☐ Yes.  Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
☐ No
☒ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Allstate Insurance Claim 2021 Home Freeze Damage** | | **$734,105.91** |
| **USAA Insurance Claim 2022 Home Hail Damage** | | **$99,680.80** |

32. **Any interest in property that is due you from someone who has died.**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
☒ No
☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
☐ No
☒ Yes.  Describe each claim.........

| Debtor 1 | **Jason Troy Standley** | |
|---|---|---|
| Debtor 2 | **Shannon Davina Standley** | |
| | Case number *(if known)* | **22-40689** |

| | |
|---|---|
| **BTH Bank N.A.- claims against BTH Bank as may be set forth or arise in any cause of action including those certain lawsuits styled, BTH Bank, National Association, v. Kenneth Standley, et. al., Cause No. 380-03430-2021 (Collin County) and BTH Bank, National Association v. Jason and Shannon Standley, Cause No. 21-5175-211 (Denton County)** | Unknown |
| **Thomas McClintock- Court appointed Receiver - claims against Tom McClintock as Receiver as may be set forth or arise in any cause of action including in those certain lawsuits styled, BTH Bank, National Association, v. Kenneth Standley, et. al., Cause No. 380-03430-2021 (Collin County) and BTH Bank, National Association v. Jason and Shannon Standley, Cause No. 21-5175-211 (Denton County).** | Unknown |
| **Jason Standley Trust-claims against the Jason Standley Trust as may be set forth or arise in any cause of action including in those certain lawsuits styled, BTH Bank, National Association, v. Kenneth Standley, et. al., Cause No. 380-03430-2021 (Collin County) and BTH Bank, National Association v. Jason and Shannon Standley, Cause No. 21-5175-211 (Denton County).** | Unknown |
| **Kenneth Standley - claims against Kenneth Standley as may be set forth or arise in any cause of action including in those certain lawsuits styled, BTH Bank, National Association, v. Kenneth Standley, et. al., Cause No. 380-03430-2021 (Collin County) and BTH Bank, National Association v. Jason and Shannon Standley, Cause No. 21-5175-211 (Denton County).** | Unknown |
| **Renee Standley-claims against Renee Standley as may be set forth or arise in any cause of action including in those certain lawsuits styled, BTH Bank, National Association, v. Kenneth Standley, et. al., Cause No. 380-03430-2021 (Collin County) and BTH Bank, National Association v. Jason and Shannon Standley, Cause No. 21-5175-211 (Denton County).** | Unknown |
| **Paul Pogue, JS Trust Trustee-claims against Paul Pogue, JS Trustee as may be set forth or arise in any cause of action including in those certain lawsuits styled, BTH Bank, National Association, v. Kenneth Standley, et. al., Cause No. 380-03430-2021 (Collin County) and BTH Bank, National Association v. Jason and Shannon Standley, Cause No. 21-5175-211 (Denton County).** | Unknown |
| **Paul Noonan, JS Trust Trustee-claims against Paul Noonan, JS Trustee as may be set forth or arise in any cause of action including in those certain lawsuits styled, BTH Bank, National Association, v. Kenneth Standley, et. al., Cause No. 380-03430-2021 (Collin County) and BTH Bank, National Association v. Jason and Shannon Standley, Cause No. 21-5175-211 (Denton County).** | Unknown |

| Debtor 1 | **Jason Troy Standley** | | |
|---|---|---|---|
| Debtor 2 | **Shannon Davina Standley** | Case number *(if known)* | **22-40689** |

| | |
|---|---|
| Claims against PM Standley for personal injuries sustained by Jason Standley which were not covered by insurance when PM Standley failed to pay the health insurance coverage covering Jason Standley. | **Unknown** |
| Claims against PM Standley for contribution for guaranty of PM Standley BTH Bank debt, including as may be set forth or arise in any cause of action including in those certain lawsuits styled, BTH Bank, National Association v. Kennethy Standley, et. al., Cause No. 380-03430-2021 (Collin County) and BTH Bank, National Association v. Jason and Shannon Standley, casue No. 21-5175-211 (Denton County). | **Unknown** |
| Claims against PM Standley for contribution for guaranty of PM Standley debt to AFG Companies, Inc., including as may be set forth or arise in that certain lawsuit styled, "AFG Companies, Inc. vs. the PM Standley Corporation, et. al.," Cause No. 153-32657-21 (Tarrant County). | **Unknown** |
| Claims against PM Standley for contribution for guaranty of PM Standley debt to American Tire Distributors, Inc., including as may be set forth or arise in that certain cause of action styled, "American Tire Distributors, Inc., vs. The PM Standley Corporation, Jason Standley a/k/a Jason T. Standley," Cause No. CC-21-05308-C (Tarrant County) | **Unknown** |

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☐ No
■ Yes.  Describe each claim.........

| | |
|---|---|
| See Question 33 above and 53 below. | **Unknown** |

35. **Any financial assets you did not already list**

■ No
☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**............................................................................................................... | **$2,608,745.98**

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**

■ No. Go to Part 6.
☐ Yes.  Go to line 38.

| **Part 6:** | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.<br>If you own or have an interest in farmland, list it in Part 1. |
|---|---|

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

■ No. Go to Part 7.
☐ Yes.  Go to line 47.

| **Part 7:** | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

Debtor 1    **Jason Troy Standley**

Debtor 2    **Shannon Davina Standley**

Case number *(if known)*    **22-40689**

---

53. **Do you have other property of any kind you did not already list?**

    *Examples:* Season tickets, country club membership

    ☐ No

    ■ Yes. Give specific information.........

| | |
|---|---|
| **Indemnification claims against PM Standley per PM Standley Bylaws and to the extent not already included above, contribution claims arising out of guarantys to various creditors including to BTH Bank, National Association and others.** | **Unknown** |

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ................................... **$0.00**

---

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

| | | | |
|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ................................................................................................. | | **$1,254,849.00** |
| 56. | **Part 2: Total vehicles, line 5** | **$2,500.00** | |
| 57. | **Part 3: Total personal and household items, line 15** | **$31,625.00** | |
| 58. | **Part 4: Total financial assets, line 36** | **$2,608,745.98** | |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| 61. | **Part 7: Total other property not listed, line 54** | + **$0.00** | |
| 62. | **Total personal property. Add lines 56 through 61**... | **$2,642,870.98** | Copy personal property total **$2,642,870.98** |
| 63. | **Total of all property on Schedule A/B. Add line 55 + line 62** | | **$3,897,719.98** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jason Troy Standley** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | **Shannon Davina Standley** |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF TEXAS |
| Case number (if known) | **22-40689** |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

**4/22**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:   Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **11600 Ranch Road Copper Canyon, TX 76226  Denton County Residence acquired 01/30/2019**<br>Line from *Schedule A/B*: **1.1** | $1,254,849.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Const. art. XVI, §§ 50, 51, Tex. Prop. Code §§ 41.001-.002** |
| **2013 John Deere 3032E Tractor 12000 miles Tractor is in very rough condition with failing mechanical parts.**<br>Line from *Schedule A/B*: **3.1** | $2,500.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a)(1), (2), 42.002(a)(9)** |
| **Bedroom Items - $5,000; Living Room Items - $1,000; Laundry Room Items - $1,000; Bathroom Items - $200; Kitchen Items - $500; Office Room Items - $500**<br>Line from *Schedule A/B*: **6.1** | $8,200.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a)(1), (2), 42.002(a)(1)** |
| **5 TV's-$2,000: 1-2015, 1-2017, 3-2019; Radios-$50; Computer-$100; Printer-$50; Camera-$100; Video Game-$500; Audio-$100**<br>Line from *Schedule A/B*: **7.1** | $2,900.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a)(1), (2), 42.002(a)(1)** |

| Debtor 1 | **Jason Troy Standley** | | |
| Debtor 2 | **Shannon Davina Standley** | | |
| | | Case number (if known) | **22-40689** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Figurines-$500; Paintings, Prints-$1,200; Books-$100; Pictures-$100; Old Toys-$500**<br>Line from *Schedule A/B*: **8.1** | **$2,400.00** | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Tex. Const. art. XVI, §49; Tex. Prop. Code §§ 42.001(a), (d), 42.002** |
| **Pool Table-$2,800; Air Hockey Table-$500; Golf Clubs (old leftovers)-$200; Sports Balls-$25; Pool Floats-$25; Tools-$700**<br>Line from *Schedule A/B*: **9.1** | **$4,300.00** | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Tex. Const. art. XVI, §49; Tex. Prop. Code §§ 42.001(a), (d), 42.002** |
| **Firearms-$500 Grandfather's old guns from almost 100 years ago: Remington Speedmaster .22 Rifle, Remington .222 Model 722 Rifle, Remington .222 Mohawk 600 Rifle, Dan Wesson .357 Magnum Pistol. These guns haven't been shot in over 40 years.**<br>Line from *Schedule A/B*: **10.1** | **$500.00** | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a)(1), (2), 42.002(a)(7)** |
| **Clothes-$1,000; Shoes-$1,000; Accessories-$500**<br>Line from *Schedule A/B*: **11.1** | **$2,500.00** | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a)(1), (2), 42.002(a)(5)** |
| **Jewelry-$300**<br>Line from *Schedule A/B*: **12.1** | **$300.00** | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a)(1), (2), 42.002(a)(6)** |
| **Dog-$500; Cat-$25; 2 Horses-$10,000 2 standard 14 year old quarter horses with standard equipment (saddles, blankets, reins, etc.)**<br>Line from *Schedule A/B*: **13.1** | **$10,525.00** | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a)(1), (2), 42.002(a)(10)** |
| **Checking: Capital One Insurance Proceeds, Account Number ending in 2983**<br>Line from *Schedule A/B*: **17.2** | **$78.55** | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Tex. Const. art. XVI, §§ 50, 51, Tex. Prop. Code §§ 41.001-.002 Insurance Proceeds for repairing home damage** |
| **Checking: Capital One Insurance Proceeds, Account Number ending in 2983**<br>Line from *Schedule A/B*: **17.2** | **$78.55** | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code § 1108.051 Insurance Proceeds to repair home from damage** |
| **Allstate Insurance Claim 2021 Home Freeze Damage**<br>Line from *Schedule A/B*: **31.1** | **$734,105.91** | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Tex. Const. art. XVI, §§ 50, 51, Tex. Prop. Code §§ 41.001-.002** |
| **Allstate Insurance Claim 2021 Home Freeze Damage**<br>Line from *Schedule A/B*: **31.1** | **$734,105.91** | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code § 1108.051 Insurance proceeds to repair home from damage** |

| Debtor 1 | **Jason Troy Standley** | | |
|---|---|---|---|
| Debtor 2 | **Shannon Davina Standley** | | Case number (if known) **22-40689** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| **USAA Insurance Claim 2022 Home Hail Damage** <br> Line from *Schedule A/B*: **31.2** | $99,680.80 | ☐ _____ <br> ■ 100% of fair market value, up to any applicable statutory limit | **Tex. Const. art. XVI, §§ 50, 51, Tex. Prop. Code §§ 41.001-.002** |
| **USAA Insurance Claim 2022 Home Hail Damage** <br> Line from *Schedule A/B*: **31.2** | $99,680.80 | ☐ _____ <br> ■ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code § 1108.051** |

3. **Are you claiming a homestead exemption of more than $189,050?**
(Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

☐ No

■ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ■ No

    ☐ Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jason Troy Standley** |
| | First Name — Middle Name — Last Name |
| Debtor 2 | **Shannon Davina Standley** |
| (Spouse if, filing) | First Name — Middle Name — Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF TEXAS |
| Case number (if known) | 22-40689 |

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |
|---|---|

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|
| **2.1** **Denton County Appraisal District**<br>Creditor's Name | Describe the property that secures the claim:<br>**11600 Ranch Road**<br>**Copper Canyon, Texas 76226** | **Unknown** | **$1,254,849.00** | **Unknown** |

**P.O. Box 50747**
**Denton, TX 76206**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    **January 1, 2022**    Last 4 digits of account number    **8357**

Debtor 1 **Jason Troy Standley**

   First Name          Middle Name          Last Name

Debtor 2 **Shannon Davina Standley**

   First Name          Middle Name          Last Name

Case number (if known)   **22-40689**

| 2.2 | **Shellpoint Mortgage** | Describe the property that secures the claim: | **$1,098,433.75** | **$1,254,849.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**11600 Ranch Road Copper Canyon, TX 76226  Denton County Residence acquired 01/30/2019**

**P. O. Box 51850
Livonia, MI 48155-8500**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim relates to a
community debt**

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured
car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset) _____

Date debt was incurred   **01/30/2019**

Last 4 digits of account number   **7503**

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | **$1,098,433.75** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$1,098,433.75** |

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jason Troy Standley** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | **Shannon Davina Standley** |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF TEXAS |
| Case number (if known) | 22-40689 |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | **Denton County Appraisal District** | Last 4 digits of account number **8357** | Unknown | $0.00 | $0.00 |

Priority Creditor's Name
**P.O Box 50747**
**Denton, TX 76206**
Number Street City State Zip Code

When was the debt incurred?   **January 2022**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a  community debt

**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
**Ad valorem taxes for 2022**

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

Debtor 1   **Jason Troy Standley**
Debtor 2   **Shannon Davina Standley**

Case number (if known)   **22-40689**

---

| 4.1 | **AFG Companies, Inc.** | Last 4 digits of account number | **7521** | $158,257.00 |

Nonpriority Creditor's Name
**1900 Champagne Blvd.**
**Grapevine, TX 76051**
Number Street City State Zip Code

When was the debt incurred?   **November 20, 2020**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☐ No
■ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Loan to PM Standley and Jason Standley; see also Original Petition filed July 15, 2021, Tarrant County, Texas, Cause Number 153-326575-21, styled AFG Companies, Inc., a Texas Corporation, et al. v. The P.M. Standley Corporation, et. al.**

---

| 4.2 | **American Tire Distributors, Inc.** | Last 4 digits of account number | **2773** | $30,137.14 |

Nonpriority Creditor's Name
**P O Box 3145**
**Huntersville, NC 28070-3145**
Number Street City State Zip Code

When was the debt incurred?   **May 24, 2018**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☐ No
■ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Guaranty of credit to PM Standley- suit to collect on guaranty- County Court at Law No. 3, Tarrant County, Texas Cause No. CC-21-0530-C**

---

Debtor 1    **Jason Troy Standley**
Debtor 2    **Shannon Davina Standley**

Case number (if known)    **22-40689**

---

| 4.3 | **BTH Bank, N.A.** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**6925 Preston Road**
**Dallas, TX 75205**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

■ Yes

**Last 4 digits of account number**    **3807;3815,9 16**

**When was the debt incurred?**    **June 19 2019**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty of debt to PM Standley**

**$10,672,189.83**

---

| 4.4 | **Capital One Mastercard** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 60599**
**City of Industry, CA 91716**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    **2309**

**When was the debt incurred?**    **2020-2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Credit card purchases**

**$3,320.39**

---

| 4.5 | **Careguard Warranty Services, Inc.** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**1900 Champagne Blvd.**
**Grapevine, TX 76051**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

■ Yes

**Last 4 digits of account number**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **SEE AFG Companies, Inc. above**

**$0.00**

---

Debtor 1   **Jason Troy Standley**
Debtor 2   **Shannon Davina Standley**

Case number *(if known)*    **22-40689**

---

| 4.6 | **Cigna** | Last 4 digits of account number _____ | **$1,400.00** |

Nonpriority Creditor's Name
**P.O.Box 29221**
**Phoenix, AZ 85038-9221**
Number Street City State Zip Code

When was the debt incurred?    **August 2021**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Incident #12575664-01**

---

| 4.7 | **CoServe Power** | Last 4 digits of account number   **7479;7480** | **Unknown** |

Nonpriority Creditor's Name
**7701 S. Stemmons**
**Corinth, TX 76210**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Electric Bill**

---

| 4.8 | **Cross Timbers Water Supply Corporation** | Last 4 digits of account number   **0502** | **Unknown** |

Nonpriority Creditor's Name
**2032 E. Hickory Hill Road**
**Argyle, TX 76226-3125**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Water bill**

---

Debtor 1   **Jason Troy Standley**
Debtor 2   **Shannon Davina Standley**

Case number (if known)   **22-40689**

---

| 4.9 | **Dr. Brady Giesler** | **Last 4 digits of account number** | **1644** | $6,819.99 |

Nonpriority Creditor's Name
**5000 Long Prairie Road**
**#1000**
**Flower Mound, TX 75028**

**When was the debt incurred?**   **July 10, 2021**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
□ Yes

□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical Services**

---

| 4.10 | **Frontier Communications** | **Last 4 digits of account number** | | **Unknown** |

Nonpriority Creditor's Name
**P. O. Box 740407**
**Cincinnati, OH 45274-0407**

**When was the debt incurred?**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

□ Debtor 1 only
□ Debtor 2 only
■ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
□ Yes

□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **TV and Internet**

---

| 4.11 | **Jason Standley Trust** | **Last 4 digits of account number** | | **Unknown** |

Nonpriority Creditor's Name
**c/o Paul Noonan, Trustee**
**1835 Forms Drive**
**Suite 120**
**Carrollton, TX 75001**

**When was the debt incurred?**   **June 19, 2019**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

□ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ **Check if this claim is for a community debt**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

□ No
■ Yes

□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of debt to BTH Bank**

---

Debtor 1   **Jason Troy Standley**
Debtor 2   **Shannon Davina Standley**

Case number (if known)   **22-40689**

---

| 4.1 2 | **Kenneth Standley** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**3314 Courtyard Place**
**Dallas, TX 75234**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
■ Yes

**When was the debt incurred?**   **June 19, 2019**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of loan from BTH Bank**

---

| 4.1 3 | **McClenny Moseley & Associates** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**1415 Louisiana, Suite 2900**
**Houston, TX 77002**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Contingency Fee Agreement for home insurance claim against Allstate**

---

| 4.1 4 | **Mediation United Recovery Service** | Last 4 digits of account number | **5754** | **$2,276.50** |

Nonpriority Creditor's Name

**2045 Mt. Zion Road**
**Suite 115**
**Morrow, GA 30260**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **June, 2004**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Barkley's Credit Card**

---

Debtor 1  **Jason Troy Standley**
Debtor 2  **Shannon Davina Standley**

Case number (if known)  **22-40689**

---

| 4.1 5 | **Republic Trash** | Last 4 digits of account number | **4209** | **Unknown** |

Nonpriority Creditor's Name
**1820 East Sky Harbor Circle South
Suite 150
Phoenix, AZ 85034**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Trash pickup bill**

---

| 4.1 6 | **Texas Health Presbyterian Hospital** | Last 4 digits of account number | **3393** | **$648.00** |

Nonpriority Creditor's Name
**Flower Mound
4400 Long Prarie Road
Flower Mound, TX 75028**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**  **July 2021**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Medical services**

---

| 4.1 7 | **US Anesthesia Partners of Texas** | Last 4 digits of account number | | **$2,000.00** |

Nonpriority Creditor's Name
**12222 Merit Drive
Suite 700
Dallas, TX 75251**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Medical Services. This debt was turned over to Professional Finance Collection Agency.**

---

Debtor 1    **Jason Troy Standley**

Debtor 2    **Shannon Davina Standley**

Case number (if known)    **22-40689**

---

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**Name and Address**
**Bart Dalton**
**Katarzyna Brozynski Brozynski &**
**Dalton**
**5700 Tennyson Parkway**
**Suite 300**
**Plano, TX 75024**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.1** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
**Bart Dalton**
**Katarzyna Brozynski Brozynski &**
**Dalton**
**5700 Tennyson Parkway**
**Suite 300**
**Plano, TX 75024**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.5** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
**C. DANIEL HERRIN**
**Herrin Law**
**4925 Greenville Avenue**
**Suite 455**
**Dallas, TX 75206**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.12** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
**C. DANIEL HERRIN**
**Herrin Law**
**4925 Greenville Avenue**
**Suite 455**
**Dallas, TX 75206**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line  of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
**C. DANIEL HERRIN**
**Herrin Law**
**4925 Greenville Avenue**
**Suite 455**
**Dallas, TX 75206**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line  of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
**Cliff Wade**
**Baker Lopez**
**5728 LBJ Freeway**
**Suite 150**
**Dallas, TX 75240**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.3** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
**Kimberly Guest**
**Guest & Associates**
**108 W. Front St.**
**De Kalb, TX 75559**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.2** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

---

Debtor 1    **Jason Troy Standley**
Debtor 2    **Shannon Davina Standley**

Case number (if known)    **22-40689**

|  |  | Total Claim |
|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. $ _____ **0.00** |
| | 6b. **Taxes and certain other debts you owe the government** | 6b. $ _____ **0.00** |
| | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. $ _____ **0.00** |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. $ _____ **0.00** |
| | 6e. **Total Priority.** Add lines 6a through 6d. | 6e. $ _____ **0.00** |

|  |  | Total Claim |
|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. $ _____ **0.00** |
| | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $ _____ **0.00** |
| | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $ _____ **0.00** |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. $ _____ **10,877,048.85** |
| | 6j. **Total Nonpriority.** Add lines 6f through 6i. | 6j. $ _____ **10,877,048.85** |

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Jason Troy Standley** |
| | First Name          Middle Name                    Last Name |
| Debtor 2 | **Shannon Davina Standley** |
| (Spouse if, filing) | First Name          Middle Name                    Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF TEXAS |
| Case number | **22-40689** |
| (if known) | |

☐ Check if this is an
   amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases      12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any
additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for
    example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts
    and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1  **BTH Bank, National Association**<br>**6925 Preston Road**<br>**Dallas, TX 75205** | **Post Default Agreement dated effective January 25, 2021** |
| 2.2  **McClenny Moseley & Associates**<br>**1415 Louisiana, Suite 2900**<br>**Houston, TX 77002** | **Contingency Fee Agreement for home insurance claim against Allstate** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jason Troy Standley** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Shannon Davina Standley** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF TEXAS |
| Case number | **22-40689** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                        12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

    ☐ No
    ■ Yes.

    In which community state or territory did you live?   **Texas**   . Fill in the name and current address of that person.

    **Shannon Davina Standley**
    **11600 Ranch Road**
    **Copper Canyon, TX 76226**
    Name of your spouse, former spouse, or legal equivalent
    Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| Column 1: **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.1  **Jason Standley Trust**<br>**1855 Forms Drive**<br>**Carrollton, TX 75006** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.3**<br>☐ Schedule G _____<br>**BTH Bank, N.A.** |
| 3.2  **Jason Standley Trust**<br>**1855 Forms Drive**<br>**Carrollton, TX 75006** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.12**<br>☐ Schedule G _____<br>**Kenneth Standley** |

| Debtor 1 | **Jason Troy Standley**<br>**Shannon Davina Standley** | Case number *(if known)* | **22-40689** |

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.3 | **Jason Standley Trust**<br>**1855 Forms Drive**<br>**Carrollton, TX 75006** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Paul Pogue, Trustee** |
| 3.4 | **Kenneth Standley**<br>**3314 Courtyard Place**<br>**Farmers Branch, TX 75234** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**BTH Bank, N.A.** |
| 3.5 | **Kenneth Standley**<br>**3314 Courtyard Place**<br>**Farmers Branch, TX 75234** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.3__<br>☐ Schedule G _____<br>**BTH Bank, N.A.** |
| 3.6 | **Kenneth Standley**<br>**3314 Courtyard Place**<br>**Farmers Branch, TX 75234** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Paul Noonan, Trustee** |
| 3.7 | **Kenneth Standley**<br>**3314 Courtyard Place**<br>**Farmers Branch, TX 75234** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Paul Pogue, Trustee** |
| 3.8 | **Paul Noonan, Trustee**<br>**1855 Forms Drive**<br>**Carrollton, TX 75006** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.11__<br>☐ Schedule G _____<br>**Jason Standley Trust** |
| 3.9 | **PM Standley Corporation**<br>**1835 Forms Drive**<br>**Carrollton, TX 75006** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.2__<br>☐ Schedule G _____<br>**American Tire Distributors, Inc.** |
| 3.10 | **PM Standley Corporation**<br>**1835 Forms Drive**<br>**Carrollton, TX 75006** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.1__<br>☐ Schedule G _____<br>**AFG Companies, Inc.** |

| Debtor 1 | **Jason Troy Standley** | Case number *(if known)* | **22-40689** |
| | **Shannon Davina Standley** | | |

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.11 | **PM Standley Corporation**<br>**1835 Forms Drive**<br>**Carrollton, TX 75006** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.12**__<br>☐ Schedule G _____<br>**Kenneth Standley** |
| 3.12 | **PM Standley Corporation**<br>**1835 Forms Drive**<br>**Carrollton, TX 75006** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Paul Noonan, Trustee** |
| 3.13 | **PM Standley Corporation**<br>**1835 Forms Drive**<br>**Carrollton, TX 75006** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Paul Pogue, Trustee** |
| 3.14 | **The PM Standley Corp.**<br>**1835 Forms Drive**<br>**Carrollton, TX 75006** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**BTH Bank, N.A.** |
| 3.15 | **The PM Standley Corp.**<br>**1835 Forms Drive**<br>**Carrollton, TX 75006** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.3**__<br>☐ Schedule G _____<br>**BTH Bank, N.A.** |
| 3.16 | **The PM Standley Corp.**<br>**1835 Forms Drive**<br>**Carrollton, TX 75006** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.5**__<br>☐ Schedule G _____<br>**Careguard Warranty Services, Inc.** |
| 3.17 | **PM Standley Corporation**<br>**1835 Forms Drive**<br>**Suite 120**<br>**Carrollton, TX 75001** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>■ Schedule G __**2.1**__<br>**BTH Bank, National Association** |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Jason Troy Standley** |
| Debtor 2 (Spouse, if filing) | **Shannon Davina Standley** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF TEXAS |
| Case number (If known) | **22-40689** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

## Schedule I: Your Income                                                      12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

| Part 1: | Describe Employment |
|---|---|

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | **Employment status** | ☐ Employed | ☐ Employed |
| | | ■ Not employed | ■ Not employed |
| | **Occupation** | | |
| | **Employer's name** | | |
| | **Employer's address** | | |
| | **How long employed there?** | | |

| Part 2: | Give Details About Monthly Income |
|---|---|

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $        **0.00** | $        **0.00** |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$        **0.00** | +$        **0.00** |
| 4. | **Calculate gross Income.**  Add line 2 + line 3. | 4. | $        **0.00** | $        **0.00** |

| Debtor 1 | **Jason Troy Standley** | | |
|---|---|---|---|
| Debtor 2 | **Shannon Davina Standley** | Case number (*if known*) | **22-40689** |

| | | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| | **Copy line 4 here** ........................................................................ | 4. | $ 0.00 | $ 0.00 |
| 5. | **List all payroll deductions:** | | | |
| | 5a.   **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
| | 5b.   **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| | 5c.   **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| | 5d.   **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| | 5e.   **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| | 5f.   **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| | 5g.   **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| | 5h.   **Other deductions.** Specify: | 5h.+ | $ 0.00 + | $ 0.00 |
| 6. | **Add the payroll deductions.**  Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ 0.00 |
| 7. | **Calculate total monthly take-home pay.**  Subtract line 6 from line 4. | 7. | $ 0.00 | $ 0.00 |
| 8. | **List all other income regularly received:** | | | |
| | 8a.   **Net income from rental property and from operating a business, profession, or farm**  Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| | 8b.   **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| | 8c.   **Family support payments that you, a non-filing spouse, or a dependent regularly receive**  Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| | 8d.   **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| | 8e.   **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| | 8f.   **Other government assistance that you regularly receive**  Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.  Specify: | 8f. | $ 0.00 | $ 0.00 |
| | 8g.   **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| | 8h.   **Other monthly income.** Specify: | 8h.+ | $ 0.00 + | $ 0.00 |
| 9. | **Add all other income.**  Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 0.00 | $ 0.00 |
| 10. | **Calculate monthly income.**  Add line 7 + line 9.  Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 0.00 + $ 0.00 | = $ 0.00 |

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____    11.  +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies    12.  $ 0.00
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐   No.
■   Yes. Explain:   | **Looking to be gainfully employed.** |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Jason Troy Standley** |
| Debtor 2 | **Shannon Davina Standley** |
| (Spouse, if filing) | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF TEXAS |
| Case number | **22-40689** |
| (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses                                       12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

| Part 1: | Describe Your Household |
|---|---|

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ■ Yes. **Does Debtor 2 live in a separate household?**

      ■ No

      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**  ■ No

   Do not list Debtor 1 and Debtor 2.  ☐ Yes. Fill out this information for each dependent..............

   Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No<br>☐ Yes |
| _____ | _____ | ☐ No<br>☐ Yes |
| _____ | _____ | ☐ No<br>☐ Yes |
| _____ | _____ | ☐ No<br>☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☐ No

   ■ Yes

| Part 2: | Estimate Your Ongoing Monthly Expenses |
|---|---|

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  | **Your expenses** |
|---|---|

| | | | |
|---|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ | **7,641.84** |
| | **If not included in line 4:** | | |
| 4a. | Real estate taxes | 4a. $ | **0.00** |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | **0.00** |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | **1,000.00** |
| 4d. | Homeowner's association or condominium dues | 4d. $ | **0.00** |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | **0.00** |

| Debtor 1 | **Jason Troy Standley** | | | |
|---|---|---|---|---|
| Debtor 2 | **Shannon Davina Standley** | | Case number (if known) | **22-40689** |

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. | $ 1,500.00 |
| | 6b. | Water, sewer, garbage collection | 6b. | $ 300.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 350.00 |
| | 6d. | Other. Specify:  **Terminix and True Green Services** | 6d. | $ 250.00 |
| 7. | **Food and housekeeping supplies** | | 7. | $ 1,500.00 |
| 8. | **Childcare and children's education costs** | | 8. | $ 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. | $ 0.00 |
| 10. | **Personal care products and services** | | 10. | $ 200.00 |
| 11. | **Medical and dental expenses** | | 11. | $ 0.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. | $ 0.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. | $ 0.00 |
| 14. | **Charitable contributions and religious donations** | | 14. | $ 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. | $ 0.00 |
| | 15b. | Health insurance | 15b. | $ 0.00 |
| | 15c. | Vehicle insurance | 15c. | $ 0.00 |
| | 15d. | Other insurance. Specify: | 15d. | $ 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. | $ 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. | $ 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. | $ 0.00 |
| | 17c. | Other. Specify: | 17c. | $ 0.00 |
| | 17d. | Other. Specify: | 17d. | $ 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. | $ 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. | $ 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | | |
| | 20a. | Mortgages on other property | 20a. | $ 0.00 |
| | 20b. | Real estate taxes | 20b. | $ 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. | $ 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. | $ 0.00 |
| 21. | **Other:** Specify:  **Barn Expenses** | | 21. | +$ 1,500.00 |

| | | | |
|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | 14,241.84 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | $ | 14,241.84 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 0.00 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 14,241.84 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | -14,241.84 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.    Explain here:

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jason Troy Standley** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Shannon Davina Standley** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF TEXAS | | |
| Case number | 22-40689 | | |
| (if known) | | | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No

☐ Yes. Name of person _____

Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____

Jason Troy Standley
Signature of Debtor 1

Date  **June 15, 2022**

X _____

Shannon Davina Standley
Signature of Debtor 2

Date  **June 15, 2022**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jason Troy Standley** |
| | First Name     Middle Name     Last Name |
| Debtor 2 | **Shannon Davina Standley** |
| (Spouse if, filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF TEXAS |
| Case number | **22-40689** |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy          04/22

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:     Give Details About Your Marital Status and Where You Lived Before

1.  **What is your current marital status?**

    ■ Married
    ☐ Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**

    ■ No
    ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

    ☐ No
    ■ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2     Explain the Sources of Your Income

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
    Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
    If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

    ☐ No
    ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>**(January 1 to December 31, 2021 )** | ☐ Wages, commissions, bonuses, tips | **$25,000.00** | ☐ Wages, commissions, bonuses, tips | **$0.00** |
| | ☐ Operating a business | | ☐ Operating a business | |

Debtor 1    **Jason Troy Standley**
Debtor 2    **Shannon Davina Standley**

Case number (*if known*) **22-40689**

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For the calendar year before that:**<br>(January 1 to December 31, 2020 ) | ■ Wages, commissions, bonuses, tips | **$501,617.00** | ☐ Wages, commissions, bonuses, tips | **$0.00** |
| | ☐ Operating a business | | ☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No

■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>(January 1 to December 31, 2021 ) | **Unemployment-Texas Workforce Commission** | **$24,205.00** | **Texas Workforce Commission** | **$0.00** |

---

**Part 3:**    **List Certain Payments You Made Before You Filed for Bankruptcy**

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

■ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

☐ No.    Go to line 7.

■ Yes    List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.    Go to line 7.

☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Debtor 1 | **Jason Troy Standley** |
|---|---|
| Debtor 2 | **Shannon Davina Standley** | Case number *(if known)* **22-40689** |

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Imperial Group**<br>**P.O. Box 161994**<br>**Fort Worth, TX 76161** | **06 -01-2022** | **$29,489.56** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other  **Payment of**<br>**insurance proceeds for**<br>**repairs to 11600 Ranch**<br>**Road due to freeze**<br>**damage** |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **BTH Bank, National Association vs. The PM Standley Corporation, et. al.**<br>**DC-21-01794** | **Turnover action covering PM Standley Corporation's assets** | **193rd District Court of Dallas County**<br>**Dallas County Courthouse**<br>**1100 Commerce Street**<br>**Dallas, TX 75201** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **BTH Bank, National Association vs Kenneth Standley, an Individual, Paul Noonan, in his capacity as Co-Trustee of the Jason Standley Trust; and Paul Pogue, in his capacity as Co-Trustee of the Jason Standley Trust vs. Jason Standley**<br>**380-03430-2021** | **Collection suit and other claims** | **380th Judicial District Collin County**<br>**2100 Bloomdale Road, Suite 30132**<br>**McKinney, TX 75071** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor 1 | **Jason Troy Standley** | | |
|---|---|---|---|
| Debtor 2 | **Shannon Davina Standley** | | Case number *(if known)* **22-40689** |

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **AFG Companies, Inc. vs. The PM Standley Corporation, et al.<br>153-326575-21** | | **153rd Judicial District Court<br>100 N. Calhoun Street<br>Fort Worth, TX 76102** | ■ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**Monetary Relief** |
| **American Tire Distributors, Inc. vs. The PM Standley Corporation, Jason Standley a/k/a Jason T. Standley<br>CC-21-05308-C** | **Collection of debt** | **County Court at Law No. 3,Tarrant County<br>100 W. Weatherford St<br>Room 290A<br>Fort Worth, TX 76196-0240** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?
Check all that apply and fill in the details below.

  ■ No. Go to line 11.
  ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?
  ■ No
  ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?
  ■ No
  ☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?
  ☐ No
  ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| **Preston Standley** | **Cash** | **October 2, 2020** | **$17,500.00** |
| Person's relationship to you: | | | |

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?
  ■ No
  ☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

Debtor 1  **Jason Troy Standley**
Debtor 2  **Shannon Davina Standley**

Case number (*if known*)  **22-40689**

| **Part 6:** | **List Certain Losses** |
|---|---|

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☐ No
■ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| Hail damage to home | USAA Insurance | April 2022 | $99,680.80 |

| **Part 7:** | **List Certain Payments or Transfers** |
|---|---|

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Orenstein Law Group P.C.<br>1201 Elm St., Suite 4020<br>Dallas, TX 75270<br>rosa@orenstein-lg.com<br>Preston Standley | Cash or cash equivalents | 08/31/2021; and 06/02/2022 | $15,519.50 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Burke Bogdanowicz<br>1201 Elm Street<br>Dallas, TX 75270 | Cash or cash equivalents- Payment made by Preston Standley | 1/1/21, 2/1/21, 3/1/21, 4/1/21, 5/1/21, 6/1/21, 7/1/21, 8/1/21, 9/1/21, 10/1/21, 11/1/21, 12/1/21 | $60,000.00 |

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

| Debtor 1 | **Jason Troy Standley** | | |
|---|---|---|---|
| Debtor 2 | **Shannon Davina Standley** | Case number *(if known)* | **22-40689** |

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Thomas D. McClintock**<br>**819 W. Arapaho Road**<br>**Suite 24B # 164**<br>**Richardson, TX 75080** | **Farm equipment and all personal property and memorabilia at PM Standley and at Ranch Road property** | **$200,000.00** | **3/11/2021** |
| **BTH Bank, N.A.**<br>**6925 Preston Road**<br>**Dallas, TX 75205** | **$55,000.00 Jim Bloodgood, cash checks** | **None** | **February 2021** |
| **Jason Goodrum**<br>**9073 N. Comanche Circle**<br>**Willis, TX 77378** | **Taylor Fishing Club Shares** | **$40,000** | **03/24/2021** |
| **PM Standley Corporation**<br>**1835 Forms Drive**<br>**Carrollton, TX 75006**<br><br>**Officer and Director of PM Standley Corporation** | **$10,796,247.75 - See attached SOFA 18 -Direct Transfers** | **$10,784,541.96 - See attached SOFA 18 - Direct Transfers** | **Various** |
| **PM Standley Corporation**<br>**1835 Forms Drive**<br>**Carrollton, TX 75006**<br><br>**Officer and Director of PM Standley Corporation** | **$1,156,975.51- Transfers of property from JSS Reinsurance Warranty owned by Debtors to PM Standley as follows:**<br><br>**11/08/2020 - $1,000,000.00**<br>**12/31/2020 - $156,975.51** | **Promissory Note in amount of 1,000,000.00** | **11/08/2020 and 12/31/2020** |
| **PM Standley Corporation**<br>**1835 Forms Drive**<br>**Carrollton, TX 75006**<br><br>**Officer and Director of PM Standley Corporation** | **$144,887.18- See attached SOFA 18 - Payments to PM Standley Corporation Creditors.  Debtors do not have access to PM Standley Corporation records to list creditors paid.** | **None** | **Various** |
| **BTH Bank, National Association**<br>**6925 Preston Road**<br>**Dallas, TX 75205** | **Post Default Agreement - Value undetermined - Claims and defenses, indemnification, exculpation, waivers of rights, etc.** | **None** | **January 25, 2021** |
| **STP 1835 Forms, LLC**<br>**17010 Preston Road**<br>**Dallas, TX 75248** | **Mutual Release** | **Release of Jason Standley's guaranty obligation** | **June 2021** |
| **AFG Companies/CareGuard Warranty**<br>**1900 Champagne Blvd.**<br>**Grapevine, TX 76051**<br><br>**None** | **Loan of $517,750 to fund PM Standley and granting of liens on Jason Standley's personal property** | **None- all $517,750.00 loan proceeds transferred to PM Standley** | **November 20, 2020** |

| Debtor 1 | **Jason Troy Standley** | | |
|---|---|---|---|
| Debtor 2 | **Shannon Davina Standley** | Case number *(if known)* | **22-40689** |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**   List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:**   Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ No
■ Yes. Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| **Preston Standley 11600 Ranch Road Copper Canyon, TX 76226** | **11600 Ranch Road Copper Canyon, TX 76226** | **Entire house full of property from Preston's previous home-$100,000 Preston's horse-$3,000 Preston's 4 wheeler-$2,500** | **$105,500.00** |
| **Wendy Arnold 418 Windhurst Drive Grand Prairie, TX 75052** | **418 Windhurst Drive Grand Prairie, TX 75052** | **Checking account at Chase Bank ending in 6603** | **$3,850.02** |

Debtor 1    **Jason Troy Standley**
Debtor 2    **Shannon Davina Standley**

Case number *(if known)*  **22-40689**

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

■    *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■    *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■    *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24.    Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

■    **No**
☐    **Yes. Fill in the details.**

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

25.    Have you notified any governmental unit of any release of hazardous material?

■    **No**
☐    **Yes. Fill in the details.**

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

26.    Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

■    **No**
☐    **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11:    Give Details About Your Business or Connections to Any Business**

27.    Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐    A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

■    A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐    A partner in a partnership

■    An officer, director, or managing executive of a corporation

☐    An owner of at least 5% of the voting or equity securities of a corporation

☐    No. None of the above applies.  Go to Part 12.

■    Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN<br><br>Dates business existed |
|---|---|---|
| **The PM Standley Corporation<br>d/b/a PM Standley Motorcars<br>1835 Forms Drive<br>Carrollton, TX 75006** | **Used car dealership<br><br>CPA Jimmy Bennett 817/919-1917** | **EIN:** 74-1509096<br><br>**From-To** 1944-2021 |

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Jason Troy Standley** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Shannon Davina Standley** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF TEXAS | | |
| Case number | **22-40689** | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy

04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 12: Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| Jason Troy Standley | Shannon Davina Standley |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date   June 15, 2022 | Date   June 15, 2022 |

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
☐ No
☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
☑ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

STANDLEY, JASON AND SHANNON, CASE NO. 22-40689

**SOFA QUESTION 18 - DIRECT TRANSFERS**

| Payments Made From Jason Standley Personal Account To PM Standley Corp. | Date | | Payments Made From PM Standley Corp. To Jason Standley Personal Account | Date | |
|---|---|---|---|---|---|
| **January 2021 Statement** | | | | | |
| $222,594.30 | 12/23/2020 | | $811,000.00 | 1/10/2021 | |
| $133,455.78 | 12/22/2020 | | | | |
| $157,485.36 | 12/22/2020 | | $557,000.00 | 12/22/2020 | |
| $175,899.21 | 12/22/2020 | | $562,000.00 | 12/21/2020 | |
| $120,245.01 | 12/22/2020 | | $748,000.00 | 12/18/2020 | |
| $165,395.89 | 12/21/2020 | | $408,000.00 | 12/17/2020 | |
| $201,004.21 | 12/21/2020 | | $645,000.00 | 12/16/2020 | |
| $190,195.39 | 12/21/2020 | | $490,000.00 | 12/15/2020 | |
| $65,502.92 | 12/18/2020 | | $516,000.00 | 12/14/2020 | $4,737,000.00 |
| $123,585.98 | 12/18/2020 | | | | |
| $95,554.69 | 12/18/2020 | | | | |
| $88,554.56 | 12/18/2020 | | | | |
| $97,885.88 | 12/18/2020 | | | | |
| $90,151.33 | 12/18/2020 | | | | |
| $372,000.00 | 12/17/2020 | | | | |
| $76,455.12 | 12/17/2020 | | | | |
| $61,552.22 | 12/17/2020 | | | | |
| $85,457.11 | 12/17/2020 | | | | |
| $57,109.97 | 12/17/2020 | | | | |
| $95,225.11 | 12/17/2020 | | | | |
| $55,273.86 | 12/16/2020 | | | | |
| $85,774.68 | 12/16/2020 | | | | |
| $79,202.27 | 12/16/2020 | | | | |
| $95,888.21 | 12/16/2020 | | | | |
| $90,863.25 | 12/16/2020 | | | | |
| $88,525.78 | 12/15/2020 | | | | |
| $75,415.36 | 12/15/2020 | | | | |
| $89,226.28 | 12/15/2020 | | | | |
| $98,661.66 | 12/15/2020 | | | | |
| $87,451.86 | 12/15/2020 | | | | |
| $99,447.11 | 12/15/2020 | | | | |
| $105,478.99 | 12/15/2020 | $3,726,519.35 | | | |
| **December 2020 Statement** | | | | | |
| $132,555.45 | 12/14/2020 | | | | |
| $99,857.33 | 12/14/2020 | | | | |
| $88,524.33 | 12/14/2020 | | | | |

| | | | |
|---|---|---|---|
| $78,254.63 | 12/14/2020 | | |
| $90,113.66 | 12/14/2020 | | |
| $70,345.18 | 12/11/2020 | | |
| $77,896.11 | 12/11/2020 | | |
| $81,545.78 | 12/11/2020 | | |
| $79,345.11 | 12/11/2020 | | |
| $78,552.69 | 12/11/2020 | | |
| $58,902.21 | 12/11/2020 | | |
| $68,961.71 | 12/11/2020 | | |
| $78,995.28 | 12/10/2020 | | |
| $52,987.20 | 12/10/2020 | | |
| $75,221.75 | 12/10/2020 | | |
| $69,112.01 | 12/10/2020 | | |
| $78,137.37 | 12/10/2020 | | |
| $70,266.80 | 12/10/2020 | | |
| $78,662.25 | 12/10/2020 | | |
| $42,812.99 | 12/10/2020 | | |
| $14,998.36 | 12/9/2020 | | |
| $16,858.25 | 12/9/2020 | | |
| $75,911.34 | 12/8/2020 | | |
| $69,225.87 | 12/8/2020 | | |
| $78,333.05 | 12/8/2020 | | |
| $81,449.20 | 12/8/2020 | | |
| $79,411.93 | 12/8/2020 | | |
| $56,891.75 | 12/8/2020 | | |
| $61,243.89 | 12/7/2020 | | |
| $69,854.25 | 12/7/2020 | | |
| $72,589.25 | 12/7/2020 | | |
| $85,489.85 | 12/7/2020 | | |
| $78,589.36 | 12/7/2020 | | |
| $66,874.89 | 12/7/2020 | | |
| $22,668.88 | 12/4/2020 | | |
| $33,656.89 | 12/4/2020 | $547,000.00 | 12/11/2020 |
| $58,663.45 | 12/4/2020 | $32,000.00 | 12/10/2020 |
| $49,789.23 | 12/4/2020 | $442,000.00 | 12/9/2020 |
| $66,321.69 | 12/4/2020 | $426,000.00 | 12/8/2020 |
| $69,524.37 | 12/4/2020 | $301,000.00 | 12/7/2020 |
| $78,895.86 | 12/3/2020 | $481,000.00 | 12/4/2020 |
| $66,859.95 | 12/3/2020 | $335,000.00 | 12/2/2020 |
| $88,655.78 | 12/3/2020 | $35,444.91 | 11/30/2020 |
| $59,865.44 | 12/3/2020 | $35,200.42 | 11/30/2020 |
| $68,989.91 | 12/3/2020 | $33,489.22 | 11/30/2020 |
| $54,896.25 | 12/3/2020 | $19,747.14 | 11/30/2020 |

| Amount | Date | Total | Amount | Date | Total |
|---|---|---|---|---|---|
| $61,859.77 | 12/3/2020 | | $41,694.22 | 11/30/2020 | |
| $69,824.78 | 12/1/2020 | | $40,852.67 | 11/30/2020 | |
| $86,925.78 | 12/1/2020 | | $38,987.44 | 11/30/2020 | |
| $177,895.18 | 12/1/2020 | | $36,111.55 | 11/30/2020 | |
| $69,140.61 | 11/27/2020 | | $43,789.46 | 11/25/2020 | |
| $70,004.54 | 11/27/2020 | | $42,090.35 | 11/25/2020 | |
| $70,895.99 | 11/27/2020 | | $40,444.84 | 11/25/2020 | |
| $71,453.98 | 11/27/2020 | | $38,496.33 | 11/25/2020 | |
| $23,550.59 | 11/24/2020 | | $28,664.55 | 11/25/2020 | |
| $58,704.56 | 11/24/2020 | | $66,974.28 | 11/25/2020 | |
| $65,521.41 | 11/24/2020 | | $55,741.21 | 11/25/2020 | |
| $49,633.71 | 11/24/2020 | | $50,495.29 | 11/25/2020 | |
| $51,935.22 | 11/24/2020 | | $45,890.26 | 11/25/2020 | |
| $60,222.06 | 11/24/2020 | | $35,629.45 | 11/24/2020 | |
| $36,953.87 | 11/24/2020 | | $35,123.43 | 11/24/2020 | |
| $51,881.77 | 11/24/2020 | | $20,850.25 | 11/24/2020 | |
| $22,500.21 | 11/24/2020 | | $78,569.32 | 11/24/2020 | |
| $65,789.28 | 11/23/2020 | | $62,513.85 | 11/24/2020 | |
| $40,159.63 | 11/23/2020 | | $52,893.45 | 11/24/2020 | |
| $36,786.78 | 11/23/2020 | | $45,253.25 | 11/24/2020 | |
| $25,788.52 | 11/23/2020 | | $17,000.00 | 11/23/2020 | |
| $75,210.10 | 11/23/2020 | | $45,000.28 | 11/20/2020 | |
| $50,788.87 | 11/23/2020 | | $42,891.55 | 11/20/2020 | |
| $36,279.82 | 11/23/2020 | | $38,971.22 | 11/20/2020 | |
| $17,000.00 | 11/20/2020 | | $25,262.88 | 11/20/2020 | |
| $32,064.77 | 11/19/2020 | | $35,894.64 | 11/18/2020 | |
| $37,689.90 | 11/19/2020 | | $30,589.11 | 11/18/2020 | |
| $40,090.14 | 11/19/2020 | | $25,001.19 | 11/18/2020 | |
| $41,280.24 | 11/19/2020 | | $24,044.99 | 11/18/2020 | |
| $3,500.00 | 11/17/2020 | | $39,115.47 | 11/16/2020 | |
| $29,742.19 | 11/17/2020 | | $17,958.02 | 11/16/2020 | |
| $30,014.71 | 11/17/2020 | | $45,891.23 | 11/16/2020 | |
| $28,189.66 | 11/17/2020 | | $44,119.88 | 11/16/2020 | |
| $24,067.11 | 11/17/2020 | $4,890,904.53 | $43,555.78 | 11/16/2020 | $4,064,243.38 |

**November 2020 Statement**

| Amount | Date | | Amount | Date | |
|---|---|---|---|---|---|
| $26,582.01 | 11/13/2020 | | | | |
| $36,801.16 | 11/13/2020 | | | | |
| $40,017.96 | 11/13/2020 | | | | |
| $37,010.11 | 11/13/2020 | | $20,555.84 | 11/13/2020 | |
| $39,795.75 | 11/13/2020 | | $19,848.56 | 11/13/2020 | |
| $9,801.14 | 11/13/2020 | | $50,008.97 | 11/13/2020 | |
| $28,441.81 | 11/12/2020 | | $44,111.12 | 11/13/2020 | |
| $39,040.97 | 11/12/2020 | | $42,641.25 | 11/13/2020 | |

| | | | | | |
|---|---|---|---|---|---|
| $23,151.19 | 11/12/2020 | | $35,841.19 | 11/13/2020 | |
| $44,492.24 | 11/12/2020 | | $16,295.88 | 11/6/2020 | |
| $35,453.18 | 11/12/2020 | | $65,444.11 | 11/6/2020 | |
| $50,891.21 | 11/5/2020 | | $61,894.22 | 11/6/2020 | |
| $56,448.17 | 11/5/2020 | | $58,666.73 | 11/6/2020 | |
| $33,859.60 | 11/5/2020 | | $48,041.26 | 11/6/2020 | |
| $53,041.71 | 11/5/2020 | | $35,468.77 | 11/4/2020 | |
| $55,822.19 | 11/5/2020 | | $31,874.18 | 11/4/2020 | |
| $49,988.46 | 11/5/2020 | | $65,008.18 | 11/4/2020 | |
| $30,268.74 | 11/3/2020 | | $62,481.25 | 11/4/2020 | |
| $32,871.14 | 11/3/2020 | | $51,879.44 | 11/4/2020 | |
| $51,004.19 | 11/3/2020 | | $50,040.38 | 11/4/2020 | |
| $49,988.54 | 11/3/2020 | | $27,041.56 | 11/2/2020 | |
| $62,081.24 | 11/3/2020 | | $35,999.41 | 11/2/2020 | |
| $69,328.17 | 11/3/2020 | | $45,008.94 | 11/2/2020 | |
| $64,943.18 | 10/30/2020 | | $42,389.55 | 11/2/2020 | |
| $54,515.69 | 10/30/2020 | | $41,875.26 | 11/2/2020 | |
| $65,041.13 | 10/30/2020 | | $40,691.22 | 11/2/2020 | |
| $45,873.12 | 10/30/2020 | | $23,042.98 | 10/30/2020 | |
| $41,029.18 | 10/29/2020 | | $49,589.44 | 10/30/2020 | |
| $55,002.24 | 10/29/2020 | | $41,565.11 | 10/30/2020 | |
| $54,891.01 | 10/29/2020 | | $39,009.65 | 10/30/2020 | |
| $38,894.98 | 10/29/2020 | | $36,987.25 | 10/30/2020 | |
| $36,935.18 | 10/23/2020 | | $28,001.58 | 10/26/2020 | |
| $16,573.26 | 10/23/2020 | $1,429,879.85 | $27,039.11 | 10/26/2020 | $1,238,342.39 |

**October 2020 Statement**

| | | | | | |
|---|---|---|---|---|---|
| | | | $16,089.44 | 10/13/2020 | |
| $16,149.50 | 10/9/2020 | | $17,458.66 | 10/13/2020 | |
| $15,404.98 | 10/9/2020 | | $20,698.21 | 10/13/2020 | |
| $17,484.29 | 10/9/2020 | | $24,891.11 | 10/13/2020 | |
| $18,076.19 | 10/9/2020 | | $25,008.00 | 10/13/2020 | |
| $51,074.29 | 10/5/2020 | | $16,001.88 | 10/13/2020 | |
| $33,189.25 | 10/2/2020 | | $55,008.90 | 10/5/2020 | |
| $63,653.23 | 10/2/2020 | | $42,697.44 | 10/5/2020 | |
| $56,325.17 | 10/2/2020 | | $40,008.89 | 10/5/2020 | |
| $40,009.88 | 10/1/2020 | | $16,985.22 | 10/5/2020 | |
| $52,658.23 | 10/1/2020 | | $28,960.11 | 10/2/2020 | |
| $58,467.24 | 10/1/2020 | | $38,002.19 | 10/2/2020 | |
| $11,316.37 | 10/1/2020 | | $35,091.18 | 10/2/2020 | |
| $8,001.12 | 9/30/2020 | | $33,001.01 | 10/2/2020 | |
| $53,485.69 | 9/30/2020 | | $29,978.55 | 10/2/2020 | |
| | | | $43,829.99 | 10/1/2020 | |
| $35,784.45 | 9/24/2020 | | $18,005.64 | 10/1/2020 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| $39,864.14 | | $570,944.02 | | $26,579.66 | 9/25/2020 | | |
| | | | | $20,707.63 | 9/25/2020 | | |
| | | | | $23,899.23 | 9/25/2020 | $572,902.94 | |
| **September 2020 Statement** | | | | | | | |
| $25,284.00 | 8/28/2020 | | | $38,425.89 | 8/31/2020 | | |
| $42,716.00 | 8/28/2020 | | | $11,568.44 | 8/31/2020 | | |
| $35,487.36 | 8/21/2020 | | | $12,058.92 | 8/31/2020 | | |
| $24,512.64 | 8/21/2020 | | | $34,012.74 | 8/24/2020 | | |
| $50,000.00 | 8/20/2020 | $178,000.00 | | $25,987.26 | 8/24/2020 | | |
| | | | | $50,000.00 | 8/21/2020 | $172,053.25 | |
| TOTALS | | **$10,796,247.75** | | | | **$10,784,541.96** | |

STANDLEY, JASON AND SHANNON, CASE NO. 22-40689

### SOFA QUESTION 18 - PAYMENTS TO PM STANDLEY CORPORATION CREDITORS

| Date | AMOUNT |
|------|--------|
| 3/1/2021 | $5,434.00 |
| 3/1/2021 | $4,327.00 |
| 2/8/2021 | $10,000.00 |
| 1/22/2021 | $40,000.00 |
| 1/21/2021 | $5,000.00 |
| 9/29/2020 | $17,500.00 |
| 9/11/2020 | $6,500.00 |
| 8/10/2020 | $20,000.00 |
| 7/31/2020 | $13,126.18 |
| 7/30/2020 | $2,000.00 |
| 7/21/2020 | $3,500.00 |
| 7/20/2020 | $10,000.00 |
| 7/6/2020 | $5,000.00 |
| 6/19/2020 | $500.00 |
| 6/19/2020 | $700.00 |
| 6/12/2020 | $100.00 |
| 6/12/2020 | $1,200.00 |
| TOTALS | **$144,887.18** |

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Jason Troy Standley** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Shannon Davina Standley** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF TEXAS |
| Case number (if known) | **22-40689** |

☐ Check if this is an amended filing

## Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7          12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

### Part 1:   List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name:  **Denton County Appraisal District**<br><br>Description of property securing debt:  **11600 Ranch Road Copper Canyon, Texas 76226** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**Statutory Lien** | ☐ No<br><br>■ Yes |
| Creditor's name:  **Shellpoint Mortgage**<br><br>Description of property securing debt:  **11600 Ranch Road Copper Canyon, TX 76226  Denton County**<br>**Residence acquired 01/30/2019** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |

### Part 2:   List Your Unexpired Personal Property Leases

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|

Debtor 1    **Jason Troy Standley**
Debtor 2    **Shannon Davina Standley**                                   Case number *(if known)*   **22-40689**

Lessor's name:        **BTH Bank, National Association**                                    ■ No

                                                                                           ☐ Yes

Description of leased    **Post Default Agreement dated effective January 25, 2021**
Property:

Lessor's name:        **McClenny Moseley & Associates**                                     ☐ No

                                                                                           ■ Yes

Description of leased    **Contingency Fee Agreement for home insurance claim against Allstate**
Property:

---

| **Part 3:** | **Sign Below** |

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal
property that is subject to an unexpired lease.

X _____                    X _____
**Jason Troy Standley**                               **Shannon Davina Standley**
Signature of Debtor 1                                  Signature of Debtor 2

Date    **June 15, 2022**                              Date    **June 15, 2022**

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Jason Troy Standley** |
| Debtor 2 (Spouse, if filing) | **Shannon Davina Standley** |
| United States Bankruptcy Court for the: | Eastern District of Texas |
| Case number (if known) | **22-40689** |

**Check one box only as directed in this form and in Form 122A-1Supp:**

■ 1. There is no presumption of abuse

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

# Official Form 122A - 1
# Chapter 7 Statement of Your Current Monthly Income                     12/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

| Part 1: | Calculate Your Current Monthly Income |
|---|---|

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married**. Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you. You and your spouse are:**

      ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

      ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ _____ | $ _____ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ _____ | $ _____ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ _____ | $ _____ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ _____ | | |
| Ordinary and necessary operating expenses | -$ _____ | | |
| Net monthly income from a business, profession, or farm | $ _____ | Copy here -> $ _____ | $ _____ |

6. **Net income from rental and other real property**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ _____ | | |
| Ordinary and necessary operating expenses | -$ _____ | | |
| Net monthly income from rental or other real property | $ _____ | Copy here -> $ _____ | $ _____ |

| 7. | **Interest, dividends, and royalties** | $ _____ | $ _____ |
|---|---|---|---|

| Debtor 1 | **Jason Troy Standley** | | |
|---|---|---|---|
| Debtor 2 | **Shannon Davina Standley** | Case number (if known) | **22-40689** |

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 8. | **Unemployment compensation** | $ _____ | $ _____ |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

| | | |
|---|---|---|
| For you | $ _____ | |
| For your spouse | $ _____ | |

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.
$ _____   $ _____

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below..

| | | Column A | Column B |
|---|---|---|---|
| _____ | | $ _____ | $ _____ |
| _____ | | $ _____ | $ _____ |
| Total amounts from separate pages, if any. | | + $ _____ | $ _____ |

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ _____  + $ _____  = $ _____

Total current monthly income

| **Part 2:** | **Determine Whether the Means Test Applies to You** |
|---|---|

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11    **Copy line 11 here=>**    $ _____

Multiply by 12 (the number of months in a year)    **x 12**

12b. The result is your annual income for this part of the form.    12b. $ _____

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.    [ _____ ]

Fill in the number of people in your household.    [ _____ ]

Fill in the median family income for your state and size of household.    13. $ _____

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a.    ☐    Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3. Do NOT fill out or file Official Form 122A-2.

14b.    ☐    Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.* Go to Part 3 and fill out Form 122A–2.

| **Part 3:** | **Sign Below** |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X _____    _____
**Jason Troy Standley**    **Shannon Davina Standley**
Signature of Debtor 1    Signature of Debtor 2

| Debtor 1 | **Jason Troy Standley** |
|---|---|
| Debtor 2 | **Shannon Davina Standley** |

Case number (*if known*)   **22-40689**

Date   **June 15, 2022**
     MM / DD  / YYYY

Date   **June 15, 2022**
     MM / DD  / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Jason Troy Standley** |
| Debtor 2 (Spouse, if filing) | **Shannon Davina Standley** |
| United States Bankruptcy Court for the: | Eastern District of Texas |
| Case number (if known) | **22-40689** |

☐ Check if this is an amended filing

# Official Form 122A - 1Supp

## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)     12/15

**File this supplement together with** *Chapter 7 Statement of Your Current Monthly Income* **(Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 If you believe that this is required by 11 U.S.C. § 707(b)(2)(C).**

### Part 1     Identify the Kind of Debts You Have

1. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 1).

    ■ No.  Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

    ☐ Yes. Go to Part 2.

### Part 2:     Determine Whether Military Service Provisions Apply to You

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?

    ☐ No.  Go to line 3.

    ☐ Yes. Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

    　　☐ No.      Go to line 3.

    　　☐ Yes.     Go to Form 122A-1: on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

    ☐ No.    Complete Form 122A-1. Do not submit this supplement.

    ☐ Yes.   Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

    　　☐ No.      Complete Form 122A-1. Do not submit this supplement.

    　　☐ Yes.     Check any one of the following categories that applies:

    　　　　☐  **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

    　　　　☐  **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.

    　　　　☐  **I am performing a homeland defense activity for at least 90 days.**

    　　　　☐  **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

> If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now,* and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).
>
> If your exclusion period ends before your case is closed, you may have to file an amended form later.